UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08- |
| | : | Magistrate No. 07-0056 (AK) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| | : | 18 U.S.C. §1347 (Health Care Fraud); |
| ANGELA Y. PEAKS, | : | 18 U.S.C. §2 (Causing an Act to be Done). |
| | : | |
| Defendant. | : | |

# INFORMATION

The United States Attorney informs the Court:

### COUNT ONE
### HEALTH CARE FRAUD

**Introduction**

At all times material to this Information:

1. Medicaid was a health care benefit program, jointly funded by the federal government and the District of Columbia, created to provide medical assistance and other benefits for certain individuals and families, typically those with low incomes and a lack of financial resources. In the District of Columbia, the Medicaid program was administered by the Medical Assistance Administration, which was an agency within the District of Columbia's Department of Health. Medicaid was a "health care benefit program" in that it was a public plan, affecting commerce, under which medical benefits, items, and services were provided to individuals.

2. Under certain circumstances, Medicaid paid for home health services to the elderly and affirm. Home health aides typically provide basic care (such as bathing, grooming, and wound care) and perform such duties as recording vital signs, preparing meals, and house cleaning.

3. Home health aides work for staffing agencies, which in turn, bill Medicaid. Medicaid regulations require the home health aides to provide a certificate proving that they successfully completed a 75-hour training program of classroom work and underwent supervised practical training before Medicaid would pay the staffing agencies for services provided by home health aides.

### The Scheme

4. Beginning at least by January 2003 and continuing until in or about November 2005, in the District of Columbia and elsewhere, the defendant ANGELA Y. PEAKS, knowingly and willfully devised and executed a scheme and artifice to defraud Medicaid, a health care benefit program, and caused others to obtain, by means of false and fraudulent pretenses, representations, and promises, money owned by and under the custody and control of Medicaid, in the connection with the delivery of or payment for health care benefits, items, and services.

### Purpose of the Scheme to Defraud

5. It was a purpose of the scheme to defraud that the defendant, ANGELA Y. PEAKS, would sell fraudulent and forged home health aide certificates to at least five individuals who had not completed the classroom work and training necessary to earn a legitimate certificate.

### The Manner and Means of the Scheme

6. It was a part of the scheme to defraud that when buyers asked the defendant ANGELA Y. PEAKS for fraudulent home health aide certificates, the defendant PEAKS would ask for the buyer's name, Social Security number, and date of birth.

7. It was a further part of the scheme to defraud that, in exchange for some amount of money, the defendant ANGELA Y. PEAKS would deliver to the buyers false home health aide

certificates, laminated with the buyer's name and Social Security number, as well as certain other documents necessary for the buyer to obtain a job as a home health aide.

8. It was a further part of the scheme to defraud that the defendant ANGELA Y. PEAKS sold these forged and fraudulent home health aide certificates in the District of Columbia knowing that they would be used by the buyers to apply for jobs as home health aides at a staffing agencies, which in turn, would bill Medicaid for services provided by the uncertified home health aides.

9. It was a further part of the scheme to defraud that based on these fraudulent home health aide certificates sold by the defendant ANGELA Y. PEAKS, the staffing agencies billed and received from D.C. Medicaid more than $267,000.

**(Health Care Fraud and Causing an Act to be Done, in Violation of Title 18, United States Code, Sections 1347 and 2)**.

JEFFREY A. TAYLOR

United States Attorney
for the District of Columbia

By: _____
VIRGINIA CHEATHAM
Assistant United States Attorney
Virginia.cheatham@usdoj.gov
D.C. Bar # 411980
United States Attorney's Office
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9732