# United States District Court

**FILED**
JUL 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

For The _____ DISTRICT OF _____ Columbia

UNITED STATES OF AMERICA
V.

Angela Peaks

## WAIVER OF INDICTMENT

CASE NUMBER: 08CR203

I, __Angela Peaks__, the above named defendant, who is accused of

Health Care Fraud and causing an act to be done in violation of 18 USC 1347 and 2

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __July 23, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Angela Peaks_
Defendant

_Tony W. M____
Counsel for Defendant

Before _Henry Kennedy_
Judicial Officer