UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08- 203 |
| | : | |
| v. | : | |
| | : | |
| ANGELA PEAKS, | : | |
| Defendant. | : | |

FILED
JUL 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Cr. P. 11, defendant Angela Peaks agrees and stipulates as follows:

Medicaid is a health care benefit program, jointly funded by the federal government and the District of Columbia, created to provide medical assistance and other benefits for certain individuals and families, typically those with low incomes and a lack of financial resources. In the District of Columbia, the Medicaid program is administered by the Medical Assistance Administration (MAA), which is an agency within the District of Columbia's Department of Health. Medicaid is a "health care benefit program" in that it is a public plan, affecting commerce, under which medical benefits, items, and services are provided to individuals.

The District of Columbia's Medicaid Program ("Medicaid"), under certain circumstances, will pay for home health services to the elderly and affirm. Home health aides typically provide basic care (such as bathing, grooming, and wound care) and perform such duties as recording vital signs, preparing meals, and house cleaning. Home health aides work for staffing agencies, which in turn, bill Medicaid. Medicaid regulations require the home health aides to provide a certificate proving that they successfully completed a 75-hour training program of classroom work and supervised practical training. One such program is run by the University of the District of Columbia (UDC).

The defendant, Angela Peaks, sold fraudulent home health aide certificates to at least five individuals who had not completed the classroom work and the training necessary to earn a legitimate certificate. The buyers contacted Peaks requesting a certificate. Peaks would ask for the buyer's name, Social Security number, and date of birth. In exchange for some amount of money, Ms. Peaks would deliver to the buyers the false home health aid certificate, laminated with the buyer's name and Social Security number, as well as certain other documents necessary to obtain a job as a home health aide. The false home health aide certificates sold by Ms. Peaks were similar to authentic University of the District of Columbia home health aide certificates in layout and information, however contained the forged signatures of the Director and Nurse Instructor. Ms. Peaks sold the false and forged certificates in the District of Columbia knowing that they would be used by the buyers to apply for a job as a home health aide.

In sum, Ms. Peaks sold false home health aid certificates knowing that the buyers had not completed the course requirements and that they would be seeking employment with a staffing agency as a home health aide. In fact, the buyers did obtain employment as home health aides and the staffing agencies billed Medicaid for their services, in violation of the Medicaid

regulations requiring certified and properly trained home health aides, thus defrauding Medicaid, a health care benefit program.

Respectfully submitted,

JEFFREY A. TAYLOR<br>
United States Attorney<br>
for the District of Columbia

By: _____
VIRGINIA CHEATHAM
Assistant U.S. Attorney
Bar No. 411980
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9732

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense, and declare under penalty of perjury that it is true and correct.

Date: 7/23/08

Angela Peaks
Defendant

I have discussed this Statement of Offense with my client. I concur with her decision to stipulate to this Statement of Offense.

Date: 7/23/08

Tony Miles, Esq.
Attorney for the Defendant